```
Douglas F. Foley, WSBA #13119                    THE HONORABLE TIFFANY M.
e-mail: doug.foley@dougfoleylaw.com              CARTWRIGHT
Foley Lewis Law Group, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
Of Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN M. TURPEN and KENNETH P. TURPEN, wife and husband, and ELTON E. ENGSTROM. Jr, a single person,<br><br>　　　　　Defendants. | Civil No. 3:24-cv-05462-TMC<br><br>ORDER GRANTING ADDITIONAL TIME TO EFFECTUATE SERVICE ON DEFENDANT ELTON E. ENGSTROM JR. AND ORDER FOR SERVICE BY ALTERNATIVE MEANS |

## ORDER

This matter comes before the Court on Plaintiff Allstate Vehicle and Property Insurance Company's Motion for Additional Time to Effectuate Service on Defendant Elton E. Engstrom Jr. and Order of Service by Alternative Means. The Court being otherwise fully advised and having reviewed Plaintiff's Motion and supporting Declaration of Douglas F. Foley and supporting Declaration of Bill Huston.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

Plaintiff is allowed an additional 30 days to serve Defendant Elton E. Engstrom Jr. by the following means:

1. Posting on Defendant Engstrom's front door at the Washington State address a copy of the Summons and Amended Complaint for Declaratory Judgment;

Page 1 – ORDER GRANTING ADDITIONAL TIME AND
MOTION FOR ORDER OF SERVICE BY ALTERNATIVE MEANS
Case No. 3:24-cv-05462-TMC

Foley Lewis Law Group, PLLC
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

2. Sending a copy of the Summons and Amended Complaint for Declaratory Judgment by United States Postal Service *certified mail, return receipt requested*, and regular mail to the Washington State address of Defendant Engstrom; and

3. Sending a copy of the Summons and Amended Complaint for Declaratory Judgment by e-mail to: ee.engstrom@hotmail.com and elton11106@hotmail.com; or

4. The Court finds, for the reasons explained in Allstate's motion and supporting declarations, that the proposed methods of service are warranted under RCW 4.28.100, Federal Rule of Civil Procedure 4(e)(1), and Washington Superior Court Civil Rule 4(d)(4).

DATED this 4th day of October, 2024.

_____
The Honorable Tiffany M. Cartwright
U.S. District Court Judge

Presented by:
FOLEY LEWIS LAW GROUP, PLLC

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, OSB #802262
E-mail: doug.foley@dougfoleylaw.com
J. Brad Lewis, OSB #892907
E-mail: brad.lewis@dougfoleylaw.com
*Of Attorneys for Plaintiff*

Page 2 – ORDER GRANTING ADDITIONAL TIME AND
MOTION FOR ORDER OF SERVICE BY ALTERNATIVE MEANS
Case No. 3:24-cv-05462-TMC

**Foley Lewis Law Group, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    David J. Lawyer
    Inslee Best Doezie & Ryder PS
    10900 NE 4th St., Suite 1500
    Bellevue, WA 98004-8345
    *Of Attorneys for Defendants,*
    *Susan M. Turpen and Kenneth P. Turpen*

DATED this 20th day of September, 2024.

    /s/ DOUGLAS F. FOLEY
    Douglas F. Foley, OSB #802262

Page 3 – ORDER GRANTING ADDITIONAL TIME AND MOTION FOR ORDER OF SERVICE BY ALTERNATIVE MEANS
Case No. 3:24-cv-05462-TMC

Foley Lewis Law Group, PLLC
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636