UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>  v.<br><br>TURPEN ET AL,<br><br>                Defendant. | Case No. 3:24-cv-05462-TMC<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

     Before the Court is Attorney Joseph Scuderi's motion to withdraw as counsel for Defendant Elton E. Engstrom Jr. Dkt. 31. Motions to withdraw are ordinarily granted if filed at least sixty days before the discovery cutoff. Local Civil Rule 83.2(b)(1). The discovery cutoff in this case is June 6, 2025, Dkt. 29, and this motion has been filed before the deadline. Dkt. 31. Attorney Scuderi has complied with the requirements of LCR 83.2(b) for moving to withdraw and new counsel has appeared for Defendant Engstrom Jr., Dkt. 32. Accordingly, the Court GRANTS the motion to withdraw.

     The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1

Dated this 4th day of December, 2024.

*[Signature]*

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 2